**No. 10-1015. Thomas Williams, et al., Petitioners v. Charles S. Renchenski.**

563 U.S. 956, 131 S. Ct. 2100, 179 L. Ed. 2d 926, 2011 U.S. LEXIS 2979.

April 18, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 622 F.3d 315.